IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JILL ANDERSON,

                                                                                                           ORDER

                       Plaintiff,

                                                                                   12-cv-89-bbc

    v.

LAW OFFICE OF VINCENT P.
CIGNARALE, LLC., TODD
GIBNEY and JOHN DOE 1,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A telephone status conference was held in this case on October 10, 2013. Plaintiff appeared by Robert Amador. There was no appearance for defendants, none of whom have been served.

      Mr. Amador explained that plaintiff is still attempting to locate and serve the individual defendants in this case and asked the court for additional time in which to do so. Because of the long period of time that has passed without any demonstration of success in serving the individual defendants, the court is not inclined to give plaintiff as much additional time as she is seeking. A hearing on the entry of default judgment will be held at 8:30 a.m., December 4, 2013, whether or not plaintiff has achieved service on any of the defendants.

      If plaintiff has neither served the remaining defendants nor moved for default

judgment by December 4, 2013, the case will be dismissed in its entirety.

Entered this 10th day of October, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge