IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JILL ANDERSON,

                  ORDER

     Plaintiff,

                  12-cv-89-bbc

  v.

LAW OFFICE OF VINCENT P.
CIGNARALE, LLC., TODD
GIBNEY and VINCENT CIGNARELE,

     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   A telephone status conference was held in this case on December 4, 2013. Plaintiff appeared by Robert Amador. There was no appearance for defendants.

   Mr. Amador explained that plaintiff is still attempting to locate and serve the individual defendants. Because of the long period of time that has passed without any demonstration of success in accomplishing service or even determining the whereabouts of either of the individual defendants, this matter will be set for a hearing on the entry of default judgment against defendant Law Office of Vincent P. Cignarale at 8:30 a.m., January 8, 2014. If at that time the plaintiff has not served the individual defendants, judgment will be entered in favor of plaintiff against defendant Law Office of Vincent P. Cignarale and the

suit will be dismissed against the two individual defendants.

Entered this 4th day of December, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge