IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JILL ANDERSON,

                                                                              ORDER

                Plaintiff,

                                                      12-cv-89-bbc

     v.

LAW OFFICE OF VINCENT P.
CIGNARALE, LLC., TODD
GIBNEY and VINCENT CIGNARELE,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff's counsel has filed a notice of settlement (dkt. #26). The parties may have until January 27, 2014 in which to complete the settlement. If settlement has not been accomplished by that time, counsel for plaintiff is to report in person on the status of the matter at a conference to be held on January 29, 2014, at 8:30 a.m. If, before January 29, 2014, counsel for plaintiff has advised the court that it may enter its standard order of

1

dismissal or has filed a statement confirming settlement, the status conference will be canceled.

Entered this 7th day of January, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge