IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JILL ANDERSON,

    Plaintiff,

v.

LAW OFFICE OF VINCENT P.         Case No.: 12-cv-89
CIGNARALE, LLC,
TODD GIBNEY and
VINCENT CIGNARALE,

    Defendants.

---

### ENTRY OF DEFAULT

The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that defendant Vincent Cignarale has failed to appear, plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact has been made to appear by the Affidavit of the attorney for the plaintiff, the Clerk hereby enters the default of defendant Vincent Cignarale pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 24th day of January, 2014.

                   _Peter Oppeneer_
                   PETER OPPENEER, Clerk of Court