IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JILL ANDERSON,

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

v.                                        Case No. 12-cv-89-bbc

LAW OFFICE OF VINCENT
CIGNARALE, LLC, and VINCENT
CIGNARALE,

    Defendants.

---

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiff Jill Anderson against defendants Law Office of Vincent Cignarale, LLC, and Vincent Cignarale in the amount of $1,000 in statutory damages, $557.44 in costs and $6,407.50 in attorney's fees.

    s/ R.Plender, Deputy Clerk                  2/12/2014
    Peter Oppeneer, Clerk of Court                Date